## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2011, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1-3__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Terry F. Schaplow, P.C.
   1700 West Koch, Suite 11
   Bozeman, MT 59715
   Telephone: 406.587.2767
   Fax: 406.586.4922
   tfschaplow@imt.net
   Attorney for Plaintiff Peter Goolsby

2. Michael J. Lilly
   Berg Lilly & Tollefsen
   One West Main
   Bozeman, MT 59715
   Telephone: 406.587.3181
   Fax: 406.587.3240
   mikelilly@berglawfirm.com
   Attorney for Defendants Darren Raney and City of Livingston

3. Steven Milch
   Crowley Fleck, PLLP
   P.O. Box 2529
   Billings, MT 59103-2529
   Telephone: 406.252.3441
   Fax: 406.252.5292
   smilch@crowleyfleck.com
   Attorney for Park County and Clark Carpenter

By: <u>/s/ Harlan B. Krogh</u>
Harlan B. Krogh
Attorneys for Defendants
Captain Glenn Farrell and
Officer Joseph Harris