FILED

APR 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al., <br><br> Defendants - Appellees. | No. 11-35285 <br><br> D.C. No. 1:08-cv-00111-CSO <br> District of Montana, <br> Billings <br><br> ORDER |

The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R. 42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

FOR THE COURT:

By: Mary G. Schlepp
Deputy Clerk

mgs/mediation