## **CERTIFICATION OF COUNSEL**

Steven R. Milch
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103-2529
406-252-3441
(Attorneys for Park County Defendants)

Michael J. Lilly
Berg, Lilly, and Tollefson
One West Main
Bozeman, MT 59715
406-587-3181
(Attorneys for Defendants Darren Raney and City of Livingston)

Terry F. Schaplow
1700 W. Koch, Suite 11
Bozeman, MT 59715
406-587-2767
F: 406-586-4922
(Attorney for Plaintiff Goolsby)