UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 11-35285 |
| District Court/Agency Case Number(s): | CV-08-111-BLG-CSO |
| District Court/Agency Location: | Billings Division, State of Montana |
| Case Name: | Peter Leroy Goolsby v. Raney, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 89, 96, 125 |
| Name of party/parties submitting this form: | Darren Raney and City of Livingston |

**Please briefly describe the dispute that gave rise to this lawsuit.**

City of Livingston police officers arrested Plaintiff and committed him to the Park County Detention Center.

**Briefly describe the result below and the main issues on appeal.**

City of Livingston secured a summary judgment order on issues of liability in connection with Plaintiff's civil rights claims.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

None.

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| City of Livingston believes this case is totally without merit on the issues of liability and damages. As a result, it is not inclined to pay any sum by way of settlement. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | /s/ Michael J. Lilly |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | Darren Raney and City of Livingston |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

## SERVICE LIST

Mr. Terry F. Schaplow
1700 West Koch, Ste. 11
Bozeman, MT 59715
406-587-2767 (ph)
406-586-4922 (fax)
tfschaplow@imt.net
Attorney for Plaintiff

Mr. Harlan B. Krogh
Crist, Krogh & Nord, LLC
2708 1st Ave. N., Ste. 300
Billings, MT 59101
406-255-0400 (ph)
406-255-0697 (fax)
hkrogh@cristlaw.com
Attorneys for Defendants
Captain Glenn Farrell and
Officer Joseph Harris

Mr. Steven Milch
Crowley Fleck, PLLP
P.O. Box 2529
Billings, MT 59103-2529
406-252-3441 (ph)
406-256-0277 (fax)
smilch@crowleyfleck.com
Attorneys for Park County
and Clark Carpenter

Michael J. Lilly
Berg, Lilly & Tollefsen, P.C.
1 West Main Street
Bozeman, MT 59715
406-587-3181 (ph)
406-587-3240 (fax)
mikelilly@berglawfirm.com
Attorneys for Defendants
Darren Raney and City of
Livingston