FILED

JUN 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY, | No. 11-35285 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00111-CSO<br>District of Montana, |
| v. | Billings |
| DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al., | ORDER |
| Defendants - Appellees. | |

On June 7, 2011, a telephone conference was held with Circuit Mediator Lisa Jaye.

The court will initiate a further assessment conference by telephone on June 13, 2011, at 3:00 p.m. **PACIFIC (San Francisco) Time**.

Counsel are requested to contact the undersigned should circumstances develop that warrant further discussions prior to the next scheduled conference.

                            FOR THE COURT


                            By: Lisa Jaye
                            Circuit Mediator

LJ/Mediation_6/7/11