FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al.,<br><br>    Defendants - Appellees. | No. 11-35285<br><br>D.C. No. 1:08-cv-00111-CSO<br>District of Montana,<br>Billings<br><br>ORDER |

On June 13, 2011, a telephone conference was held with Circuit Mediator Lisa Jaye.

The court will initiate a further assessment conference by telephone on June 28, 2011, at 11:00 a.m. **PACIFIC (San Francisco) Time**.

Counsel are requested to contact the undersigned should circumstances develop that warrant further discussions prior to the next scheduled conference.

        FOR THE COURT


        By: Lisa Jaye
        Circuit Mediator

LJ/Mediation