**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY, | No. 11-35285 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00111-CSO<br>District of Montana,<br>Billings |
| v. | |
| DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al., | ORDER |
| Defendants - Appellees. | |

At the request of counsel for the appellees, the follow-up conference scheduled for June 28, 2011, is cancelled.

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before August 11, 2011; appellees shall file an answering brief on or before September 12, 2011; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

Counsel are requested to contact the undersigned should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

By: Lisa Jaye
Circuit Mediator

LJ/Mediation_6/23/11