TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | ) D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | )     U.S. District Court for |
| | )     Montana, Billings |
| v. | ) |
| | ) PLAINTIFF/APPELLANT'S |
| DARREN RANEY, individually and as | ) UNOPPOSED MOTION FOR |
| Chief of Police and as agent of the City of | ) EXTENSION OF TIME TO |
| Livingston, CAPTAIN GLENN | ) FILE FIRST BRIEF |
| FARRELL, individually and as agent of | ) |
| the City of Livingston, OFFICER JOSEPH | ) |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondent. | ) |

Comes now the Plaintiff/Appellant Goolsby and through his

attorney, Terry F. Schaplow, P.C. and, pursuant to 9th Circuit R. 31-2.2(b),

moves the Court for a 33-day extension of time, until 9/13/11, to file his

1

first brief. This motion is supported by the accompanying Schaplow declaration and is accompanied by a proposed order.

Opposing counsel, Mike Lilly, Harlan Krogh, and Steve Milch have no objection to this motion.

Dated this 3rd day of August, 2011.

/S/ Terry Schaplow
Terry F. Schaplow
Attorney for Plaintiff/Appellant

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CV/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will by accomplished by the appellate CM/ECF system.

/S/ Terry Schaplow
Terry F. Schaplow
Attorney for Plaintiff/Appellant