TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | ) D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | )    U.S. District Court for |
| | )    Montana, Billings |
| v. | ) |
| | ) |
| DARREN RANEY, individually and as | )    ORDER |
| Chief of Police and as agent of the City of | ) |
| Livingston, CAPTAIN GLENN | ) |
| FARRELL, individually and as agent of | ) |
| the City of Livingston, OFFICER JOSEPH | ) |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondents. | ) |

Upon review of Plaintiff/Appellant's Unopposed Motion for

Extension of Time to File Initial Brief and good cause appearing therefor,

1

2

IT IS HEREBY ORDERED that Plaintiff/Appellant shall file his

first brief by 9/13/11

Dated this 2nd day of August, 2011.

For the Court: