TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | ) D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | )    U.S. District Court for |
| | )    Montana, Billings |
| v. | ) |
| | ) DECLARATION OF |
| DARREN RANEY, individually and as | ) TERRY F. SCHAPLOW |
| Chief of Police and as agent of the City of | ) IN SUPPORT OF MOTION |
| Livingston, CAPTAIN GLENN | ) FOR EXTENSION OF TIME |
| FARRELL, individually and as agent of | ) TO FILE APPELLANT'S |
| the City of Livingston, OFFICER JOSEPH | ) FIRST BRIEF |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondents. | ) |

Pursuant to 28 USC § 1746 and 9th Circuit R. 31-2.2(b), the undersigned states and declares as follows:

1.    I am the Plaintiff/Appellant's attorney in the above matter.

1

2. My opening brief in this case is currently due 8/11/11 and I am requesting a 33 day extension of time, until 9/13/11 to file said brief. This is the first such extension that I have requested.

3. I have exercised diligence and the brief will be filed by 9/13/11.

4. Opposing attorneys Mike Lilly, Harlan Krogh, and Steve Milch have no objection to this motion.

5. The reasons for this motion include the following:

   a. Last Thursday I filed a 34-page brief opposing the Defendant's motion to dismiss in Montana District Court in *Thiel v. Veneman et al* Cause No. CV-09-168-BLG-RFC-CSO. Said brief required substantial research and went through numerous drafts before I finalized and filed it.

   b. My mother is 86 years old, is in bad health, and requires either my farmer brother or me to be with her at various times throughout the day. She cannot drive and has numerous doctor appointments etc. in town, which requires either my brother or me to driver her.

    c. Because it has finally quit raining and farming weather has come, my brother is not able to spend much time with my mother, because of his need to plant crops, spray, hay, fix fence, etc. Therefore, during the summer, I am required to devote most of my time to my mother.

    d. Also, I am the guardian/conservator of an 87 year old woman who recently fell and could not get up. This required an emergency trip to the hospital, emergency arrangements for home care, extensive follow-up etc.

    e. I will be out of the office and out of the state from 8/19/11 through 8/25/11.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of August, 2011.

                                      /S/ Terry Schaplow
                                      Terry F. Schaplow
                                      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CV/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will by accomplished by the appellate CM/ECF system.

/S/ Terry Schaplow
Terry F. Schaplow
Attorney for Plaintiff/Appellant

4