R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 0 4 2011

FILED_____
DOCKETED_____
DATE            INITIAL

TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | ) D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | ) |
| | ) U.S. District Court for |
| v. | ) Montana, Billings |
| | ) |
| DARREN RANEY, individually and as | ) PLAINTIFF/APPELLANT'S |
| Chief of Police and as agent of the City of | ) MOTION FOR |
| Livingston, CAPTAIN GLENN | ) CONVENTIONAL FILING |
| FARRELL, individually and as agent of | ) |
| the City of Livingston, OFFICER JOSEPH | ) |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondent. | ) |
| | ) |

Comes now the Plaintiff/Appellant Goolsby by and through his

attorney, Terry F. Schaplow, P.C. and move the court to conventionally

file the accompanying Unopposed Motion for Extension of Time to File

First Brief, and Schaplow Declaration. The reason for this motion is that the enclosed Motion (for Extension of Time) must be filed by tomorrow, 8/4/11.

For some technology reason, counsel has been unable to e-file the documents, as he has customarily done in the past. Therefore counsel is overnight mailing these documents today, so they can be filed on time, pursuant to a phone conversation with the clerk's office today.

In the meantime, counsel will continue to try to e-file them. A proposed order accompanies this motion.

Dated this 3rd day of August, 2011.

Terry F. Schaplow
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The above document and those referenced above were mailed, postage prepaid to the following on August 3, 2011:
Mike Lilly
1 West Main St.
Bozeman, MT 59715

Harlan Krogh
2708 First Ave. N.
Billings, MT 59101

Steve Milch
P.O. Box 2529

Billings, MT 59103-2529

Terry F. Schaplow
Attorney for Plaintiff/Appellant

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | ) U.S. District Court for |
| | ) Montana, Billings |
| v. | ) |
| | ) |
| DARREN RANEY, individually and as | ) ORDER . |
| Chief of Police and as agent of the City of | ) |
| Livingston, CAPTAIN GLENN | ) |
| FARRELL, individually and as agent of | ) |
| the City of Livingston, OFFICER JOSEPH | ) |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondents. | ) |

Upon review of Plaintiff/Appellant's Motion for Conventional

Filing and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff/Appellant's Unopposed

Motion for Extension of Time to File First Brief, and Schaplow

Declaration, shall be conventionally filed.

Dated this 3rd day of August, 2011.

For the Court:

TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | ) D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | ) U.S. District Court for |
| | ) Montana, Billings |
| v. | ) |
| | ) PLAINTIFF/APPELLANT'S |
| DARREN RANEY, individually and as | ) UNOPPOSED MOTION FOR |
| Chief of Police and as agent of the City of | ) EXTENSION OF TIME TO |
| Livingston, CAPTAIN GLENN | ) FILE FIRST BRIEF |
| FARRELL, individually and as agent of | ) |
| the City of Livingston, OFFICER JOSEPH | ) |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondent. | ) |

Comes now the Plaintiff/Appellant Goolsby and through his

attorney, Terry F. Schaplow, P.C. and, pursuant to 9th Circuit R. 31-2.2(b),

moves the Court for a 33-day extension of time, until 9/13/11, to file his

first brief. This motion is supported by the accompanying Schaplow declaration and is accompanied by a proposed order.

Opposing counsel, Mike Lilly, Harlan Krogh, and Steve Milch have no objection to this motion.

Dated this 3rd day of August, 2011.

Terry F. Schaplow
Attorney for Plaintiff/Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CV/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will by accomplished by the appellate CM/ECF system.

Terry F. Schaplow
Attorney for Plaintiff/Appellant

TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY | ) No. 11-35285 |
| | ) D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | ) U.S. District Court for |
| | ) Montana, Billings |
| v. | ) |
| | ) DECLARATION OF |
| DARREN RANEY, individually and as | ) TERRY F. SCHAPLOW |
| Chief of Police and as agent of the City of | ) IN SUPPORT OF MOTION |
| Livingston, CAPTAIN GLENN | ) FOR EXTENSION OF TIME |
| FARRELL, individually and as agent of | ) TO FILE APPELLANT'S |
| the City of Livingston, OFFICER JOSEPH | ) FIRST BRIEF |
| HARRIS, individually and as agent of the | ) |
| City of Livingston, CAPTAIN JAY | ) |
| O'NEILL, individually and as agent of | ) |
| Park County, CLARK CARPENTER, | ) |
| individually and as agent and Sheriff of | ) |
| Park County, THE CITY OF | ) |
| LIVINGSTON, a political subdivision of | ) |
| the State of Montana, and PARK | ) |
| COUNTY, a political subdivision of the | ) |
| State of Montana | ) |
| | ) |
| Defendants/Respondents. | ) |

Pursuant to 28 USC § 1746 and 9th Circuit R. 31-2.2(b), the

undersigned states and declares as follows:

      1.     I am the Plaintiff/Appellant's attorney in the above matter.

2.    My opening brief in this case is currently due 8/11/11 and I
      am requesting a 33 day extension of time, until 9/13/11 to file
      said brief.  This is the first such extension that I have
      requested.

3.    I have exercised diligence and the brief will be filed by
      9/13/11.

4.    Opposing attorneys Mike Lilly, Harlan Krogh, and Steve
      Milch have no objection to this motion.

5.    The reasons for this motion include the following:

      a.    Last Thursday I filed a 34-page brief opposing the
            Defendant's motion to dismiss in Montana District Court
            in *Thiel v. Veneman et al* Cause No. CV-09-168-BLG-
            RFC-CSO.  Said brief required substantial research and
            went through numerous drafts before I finalized and filed
            it.

      b.    My mother is 86 years old, is in bad health, and requires
            either my farmer brother or me to be with her at various
            times throughout the day.  She cannot drive and has
            numerous doctor appointments etc. in town, which requires
            either my brother or me to driver her.

2

c. Because it has finally quit raining and farming weather has come, my brother is not able to spend much time with my mother, because of his need to plant crops, spray, hay, fix fence, etc. Therefore, during the summer, I am required to devote most of my time to my mother.

d. Also, I am the guardian/conservator of an 87 year old woman who recently fell and could not get up. This required an emergency trip to the hospital, emergency arrangements for home care, extensive follow-up etc.

e. I will be out of the office and out of the state from 8/19/11 through 8/25/11.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of August, 2011.

_____
Terry F. Schaplow
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CV/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will by accomplished by the appellate CM/ECF system.

_____
Terry F. Schaplow
Attorney for Plaintiff/Appellant

TERRY F. SCHAPLOW, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406)586-4922
tfschaplow@gmail.com
Attorney for Plaintiff/Appellant

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| PETER LEROY GOOLSBY | ) | No. 11-35285 |
| | ) | D.C. No. 1:08 CV-111-BLG-CSO |
| Plaintiff/Appellant | ) | U.S. District Court for |
| | ) | Montana, Billings |
| v. | ) | |
| | ) | |
| DARREN RANEY, individually and as | ) | ORDER |
| Chief of Police and as agent of the City of | ) | |
| Livingston, CAPTAIN GLENN | ) | |
| FARRELL, individually and as agent of | ) | |
| the City of Livingston, OFFICER JOSEPH | ) | |
| HARRIS, individually and as agent of the | ) | |
| City of Livingston, CAPTAIN JAY | ) | |
| O'NEILL, individually and as agent of | ) | |
| Park County, CLARK CARPENTER, | ) | |
| individually and as agent and Sheriff of | ) | |
| Park County, THE CITY OF | ) | |
| LIVINGSTON, a political subdivision of | ) | |
| the State of Montana, and PARK | ) | |
| COUNTY, a political subdivision of the | ) | |
| State of Montana | ) | |
| | ) | |
| Defendants/Respondents. | ) | |

Upon review of Plaintiff/Appellant's Unopposed Motion for

Extension of Time to File Initial Brief and good cause appearing therefor,

1

IT IS HEREBY ORDERED that Plaintiff/Appellant shall file his first brief by 9/13/11

Dated this 2nd day of August, 2011.

For the Court: