# FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY, | No. 11-35285 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00111-CSO |
| v. | District of Montana, Billings |
| DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al., | ORDER |
| Defendants - Appellees. | |

Appellant's motion for conventional filing of the instant motion is denied.

Appellant's unopposed motion for an extension of time to file the opening brief is granted. The opening brief is due September 13, 2011; the answering brief is due October 13, 2011; and the optional reply brief is due within 14 days after service of the answering brief.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10