UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al.,<br><br>　　　　Defendants - Appellees. | No. 11-35285<br><br>D.C. No. 1:08-cv-00111-CSO<br>U.S. District Court for Montana, Billings<br><br>**ORDER** |

The opening brief submitted on September 13, 2011 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Regine Ho
　　　　　　　　　　　　　　　　　　Deputy Clerk