

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

September 22, 2011

**To:** Terry F. Schaplow, I

**From:** Molly C. Dwyer, Clerk of Court
By: Liora Anis, Deputy Clerk

**Re:** Receipt of Deficient Excerpts of Record of Appellant on 09/19/2011

USCA No. 11-35285  Peter Goolsby v. Darren Raney, et al

The excerpts of record cannot be filed for the following reason(s):

- *Excerpts lack district court docket sheet: The appellant's excerpts of record must include the trial court docket sheet as the last document. See 9th Cir. R. 30-1.4(a)(ii) and 30-1.6.* **Please submit 4 paper copies of a Volume 2 of the excerpts of record containing the district court docket sheet.**

The following action has been taken with respect to the excerpts of record received in this office:

- *The deficiency by the appellant is judged to be serious. We cannot file your excerpts.* **The deficiency must be corrected within 14 days from the date of this notice or the case is subject to dismissal pursuant to 9th Cir. R. 42-1.** *The receipt of seriously defective excerpts in this office does not toll the time for filing the excerpts while the defect is being corrected.*

  *9th Cir. R. 42-1 provides:*

  *When an appellant fails to file a timely record, pay the docket fee, file a timely brief, or otherwise comply with rules requiring processing the appeal for hearing, an order may be entered dismissing the appeal. In all instances of failure to prosecute an appeal to hearing as required, the Court may take such other action as it deems appropriate, including imposition of*

> *disciplinary and monetary sanctions on those responsible for prosecution of the appeal.*

When you submit corrections to your excerpts of record, **please return a copy of this letter.** If you don't submit your correction within 14 days of this notice, you must file a motion for leave to file late excerpts of record. *See* 9th Cir. R. 31-2.3 re: Extensions of time for filing brief.