UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| OCT 14 2011 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

PETER LEROY GOOLSBY,

         Plaintiff - Appellant,

  v.

DARREN RANEY, individually and as
the Chief of Police and as agent of the
City of Livingston; et al.,

         Defendants - Appellees.

No. 11-35285

D.C. No. 1:08-cv-00111-CSO
U.S. District Court for Montana,
Billings

**ORDER**

The answering brief submitted on October 13, 2011 by Darren Raney and

The City of Livingston is filed.

Within 7 days of this order, appellees are ordered to file 7 copies of the brief

in paper format, with a red cover, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk