NOTICE OF JOINT BRIEF

9th Cir. No. 11-35285 Case Name: Goolsby v. Raney et al

We certify that the following

X Appellants

Party Names: Goolsby

2. Are responding to a joint or multiple brief.
We further certify that no previous extension of time to file this brief have been requested, the case has not been expedited, and we are eligible for an extension of time under Circuit Rule 28-4.

    Pursuant to Circuit Rule 28-4, the brief's due date will be extended for 21 days and the size enlarged by 5 monotype pages or 1,4000 words.

    There is no subsequent briefing because this single reply brief is responding to three separate answer briefs (Dkt. 17, 18, 19). On Wednesday, 10/26/11, Appellants council called the Seattle office, (206) 224- 2210, to request an extension of time under Circuit Rule 31-2.2 (a).

    One "Kathy" who was very helpful, suggested that cousel review and apply Circuit Rule 28-4. Kathy contacted the San Francisco Clerk's office who advised they would waive the seven-day requirement of said rule, so long as this notice was filed by 10/27/11.

    Thus, Goolsby will be filing one reply brief responding to the above three answer briefs.

    DATED this: 26th day of October, 2011.

                                               S/ Terry F. Schaplow
                                               Terry F. Schaplow

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the following by ECF on 10/26/11:

Ninth Circuit Clerk of Court
95 Seventh St.
PO Box 193939
San Francisco, CA 94119-3939

Steve Milch
PO Box 2529
Billings, MT 59103-2529

Harlan Krogh
2718 1st Ave. N, Suite 300
Billings, MT 59101

Mike Lilly
1 West Main Street
Bozeman, MT 59715

S/Terry F. Schaplow<br>
Terry F. Schaplow