UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al.,<br><br>   Defendants - Appellees. | No. 11-35285<br><br>D.C. No. 1:08-cv-00111-CSO<br>U.S. District Court for Montana, Billings<br><br>**ORDER** |

The reply brief submitted on November 17, 2011 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a gray cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

                FOR THE COURT:
                Molly C. Dwyer
                Clerk of Court

                Regine Ho
                Deputy Clerk