UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

LOCATION OF HEARING for May CALENDAR:  Date of Notice:

U.S. Court of Appeals  February 23, 2012
William K. Nakamura U.S. Courthouse
1010 Fifth Avenue  [7th Floor Courtroom #2]
Seattle, WA  98104

☞☞ Picture ID required to enter Courthouse ☜☜
COUNSEL WILL PLEASE CHECK-IN WITH THE DEPUTY IN THE COURTROOM
All CJA Counsel call (415) 355-7993  for travel authorization

Monday, May 7, 2012   9:30 a.m.   7th Floor Courtroom

( ) ** 10-30110    United States v. Burns
( ) ** 10-35635)   United States v. Hope Springs Corp.
       10-35647)
( ) ** 11-35461    McKown v. Simon Property Group Inc.
( )    10-35900)   Orloff v. UPS
       10-35967)   11-35309)   11-35353)

Tuesday, May 8, 2012   9:00 a.m.   7th Floor Courtroom

( ) ** 10-30382    United States v. Ruiz-Marin
( ) ** 11-30089    United States v. Izatt
( ) ** 11-35465    Cook v. Reinke
( )    11-35459    Snoqualmie Valley Pres. Alliance v. U.S. Army Corps of Engineers

Wednesday, May 9, 2012   9:30 a.m.   7th Floor Courtroom

( ) *  08-74520    Haji-Eda v. Holder
( ) *  11-30166    United States v. Ortiz
( ) *  11-35435    United States v. Thach
( ) ** 11-35233)   Stokes v. Samson
       11-35270)   11-35279)
( ) ** 11-35285    Goolsby v. Raney
( ) ** 11-35490    McIntire v. Astrue

Please return the enclosed Acknowledgment
of Hearing Notice to the Seattle Clerk's Office
[see **FILING INSTRUCTIONS** on the Acknowledgment Form]

Thursday, May 10, 2012     9:30 a.m.     7th Floor Courtroom

| | | |
|---|---|---|
| ( ) * | 11-30109 | United States v. Soto |
| ( ) * | 11-30144 | United States v. Bacon |
| ( ) ** | 11-30120 | United States v. Thoms |
| ( ) ** | 11-60042 | In re Blixseth |
| ( ) | 11-35324) 11-35341) | Weinstein & Riley PS v. Westport Ins. Corp. |

Friday, May 11, 2012     9:00 a.m.     7th Floor Courtroom

| | | |
|---|---|---|
| ( ) * | 11-30088 | United States v. Ashmore |
| ( ) ** | 11-30217 | United States v. McReynolds |
| ( ) ** | 11-35166) 11-35206) | Wash. Shoe Co. v. A-Z Sporting Goods |
| ( ) ** | 11-35247) 11-35326) | Hahn v. Strasser |
| ( ) ** | 11-35311 | Hobson v. HSC Real Estate, Inc. |

*Maximum Argument Time 10 Minutes per Side
** Maximum Argument Time 15 Minutes per Side
All Other Arguments 20 Minutes per Side

Please return the enclosed Acknowledgment
of Hearing Notice to the Seattle Clerk's Office
1010 Fifth Avenue, Suite 430, Seattle WA 98104

[see **FILING INSTRUCTIONS** on the Acknowledgment Form]

www.ca9.uscourts.gov