STEVEN R. MILCH
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103-2529
406-252-3441

Attorneys for Defendants/Appellees
Clark Carpenter, Jay O'Neil, and Park County

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>       Plaintiff-Appellant,<br><br>vs.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al.,<br><br>       Defendants-Appellees. | USCA No. 11-35285<br>Argument Scheduled: 05/09/12<br><br>USDC No. CV-08-111-BLG-CSO<br><br>**UNOPPOSED MOTION OF PARK COUNTY APPELLEES TO SUBMIT CASE FOR DECISION WITHOUT ORAL ARGUMENT** |

      COME NOW the Defendants/Appellees Clark Carpenter, Jay O'Neill, and Park County ("Park County Appellees"), by and through their attorneys, and pursuant to Fed. R. App. P. 34(a), move to submit the case on the briefs for decision without oral argument.

      The grounds for the motion are that the facts and legal arguments are adequately presented in the briefs and record, and oral argument would not be of

assistance to the Court in rendering decision in this case. All other parties in the case, including the Plaintiff/Appellant Peter Goolsby, agree with and do not oppose the motion.

DATED this 13th day of March, 2012.

> /s/ STEVEN R. MILCH
> STEVEN R. MILCH
> Crowley Fleck PLLP
> PO Box 2529
> Billings, MT 59103-2529
> Attorneys for Defendants/Appellees
> Clark Carpenter, Jay O'Neill, and
> Park County

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

> /s/ STEVEN R. MILCH
> STEVEN R. MILCH