FILED

MAR 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; GLENN FARRELL, Captain, individually and as agent of the City of Livingston; JOSEPH HARRIS, Officer, individually and as agent of the City of Livingston; JAY O'NEILL, Captain, individually and as agent of Park County; CLARK CARPENTER, individually and as agent and Sheriff of Park County; THE CITY OF LIVINGSTON, a political subdivision of the State of Montana; PARK COUNTY, a political subdivision of the State of Montana, <br><br> Defendants - Appellees. | No. 11-35285 <br><br> D.C. No. 1:08-cv-00111-CSO <br> District of Montana, <br> Billings <br><br><br> ORDER |

The Unopposed Motion of Park County Appellees to Submit Case for Decision Without Oral Argument is GRANTED. This matter is ordered submitted on the briefs and record without oral argument on Wednesday, May 9, 2012, in Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kwok Wong
Deputy Clerk