UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al.,<br><br>        Defendants - Appellees. | No. 11-35285<br><br>D.C. No. 1:08-cv-00111-CSO<br>U.S. District Court for Montana, Billings<br><br>**MANDATE** |

The judgment of this Court, entered May 21, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Lee-Ann Collins
                                            Deputy Clerk